# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. JOHNSON, | **1:16-cv-01253-EPG** |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On August 24, 2016, Plaintiff filed a complaint requesting a review of the Commissioner's denial of disability benefits. (ECF No. 2). On August 26, 2016, the Court entered a Scheduling Order in this case requiring Plaintiff to file an opening brief within 95 days after service of the administrative record (at the latest). (ECF No. 7). Defendant lodged the administrative record on January 3, 2017. (ECF No. 18). To date, Plaintiff has failed to file an opening brief. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to comply with the Court's Scheduling Order. Plaintiff shall file a written response to this Order to Show Cause WITHIN ten (10) days of the date of this Order. If Plaintiff desires more time to file the opening brief, Plaintiff should so state in his response.

1

**Failure to respond to this Order to Show Cause within the time specified may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 15, 2017**　　　　　　　/s/ Eric P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE